Niall D. Ó Murchadha
Of Counsel

**SCHLAM STONE & DOLAN LLP**

26 Broadway, New York, NY 10004
Main: 212 344-5400   Fax: 212 344-7677
schlamstone.com

nomurchadha@schlamstone.com

November 16, 2020

BY ELECTRONIC FILING

Hon. Kiyo A. Matsumoto
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   Doe v. Hamilton, No. 20-cv-05329 (KM)

Dear Judge Matsumoto:

I represent Defendant in this action, and I write regarding the Court's interim order, dated November 4, 2020, prohibiting him from publicly identifying Plaintiff. As the accompanying notice of cross-motion explains, Defendant does not oppose the relief sought by Plaintiff and instead seeks similar relief for himself. However, in order to protect himself from the (possibly substantial) prejudice arising from Plaintiff's decision to name Defendant publicly in her filings, Defendant respectfully requests that the docket in this action be sealed and Plaintiff be similarly enjoined from publicly identifying Defendant until the present motion and cross-motion for anonymity have been considered and decided by the Court.

Respectfully submitted,

Niall D. Ó Murchadha

cc: all counsel (via ECF)