Niall D. Ó Murchadha
Of Counsel

nomurchadha@schlamstone.com

**SCHLAM STONE & DOLAN LLP**

26 Broadway, New York, NY 10004
Main: 212 344-5400   Fax: 212 344-7677
schlamstone.com

February 5, 2021

<u>BY ECF</u>
Hon. Cheryl L. Pollak
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   <u>Doe v. Doe, No. 20-cv-05329 (KAM)(CLP)</u>

Dear Judge Pollak:

My firm represents defendant John Doe in this matter. In John Doe's Answer & Counterclaims that was publicly filed today, two paragraphs were redacted because they contained personal information that might be used to identify plaintiff Jane Doe despite the fact that her real name was not used. I request leave to file an unredacted copy of the Answer & Counterclaims under seal.

Respectfully Submitted,

*[signature]*

Niall D. Ó Murchadha

<u>Copy To:</u>
All counsel (via ECF)