LAW OFFICES OF

# JEFFREY LICHTMAN

11 EAST 44TH STREET

SUITE 501

NEW YORK, NEW YORK 10017

www.jeffreylichtman.com

JEFFREY LICHTMAN
JEFFREY EINHORN
JASON GOLDMAN

PH: (212) 581-1001
FX: (212) 581-4999

September 15, 2021

**BY ECF**
Hon. James R. Cho
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re: <u>Doe v. Doe</u>, No. 20 CV 05329 (KM) (JRC)

Dear Judge Cho:

    I write jointly on behalf of both parties in response to the Court's August 4, 2021 Order requesting a status report regarding this matter, and specifically, the usefulness of a second settlement conference. The parties continue to be in contact, however, we do not believe that scheduling a settlement conference will prove useful in reaching a disposition until paper discovery is complete.

    Thank you for the Court's consideration on this letter.

Respectfully submitted,

Jeffrey Lichtman

cc: Niall O'Murchadha, Esq. (by ECF)