LAW OFFICES OF
# JEFFREY LICHTMAN
11 EAST 44TH STREET
SUITE 501
NEW YORK, NEW YORK 10017
www.jeffreylichtman.com

JEFFREY LICHTMAN
JEFFREY EINHORN
JASON GOLDMAN

PH: (212) 581-1001
FX: (212) 581-4999

January 31, 2022

**BY ECF**
Hon. James R. Cho
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re: <u>Doe v. Doe</u>, No. 20 CV 05329 (KM) (JRC)

Dear Judge Cho:

    I write on behalf of Plaintiff Jane Doe and together with counsel for Defendant John Doe to respectfully request that the deadline for party depositions to be completed in this case be scheduled to conform with the close of fact discovery on April 1, 2022. Additionally, the parties intend to engage in a meet and confer tomorrow, February 1, 2022 in an effort to resolve discovery disputes identified during the January 25, 2022 status conference.

    Thank you for the Court's consideration on this application; I remain available for a teleconference should Your Honor deem it necessary.

                                         Respectfully submitted,

                                         Jeffrey Einhorn

cc: Niall O'Murchadha, Esq. (by ECF)