IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| JANE DOE, | ) | **STIPULATION OF** |
| Plaintiff, | ) | **VOLUNTARY DISMISSAL** |
| | ) | **PURSUANT TO F.R.C.P.** |
| v. | ) | **41(a)(1)(A)(ii)** |
| | ) | |
| | ) | Case No.: No. 20 CV 5329 (KAM) (CLP) |
| JOHN DOE, | ) | |
| Defendant. | ) | |

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED AND AGREED by and between the parties, by their respective counsel, that all claims and counterclaims in the above-captioned action are voluntarily dismissed with prejudice pursuant to the Federal Rules of Civil Procedure

_____         _____
**JEFFREY LICHTMAN**                     **NIALL D. O'MURCHADHA**
LAW OFFICES OF JEFFREY LICHTMAN          LUNDIN PLLC
11 East 44th Street, Suite 501           405 Lexington Avenue, 26th Floor
New York, New York 10017                 New York, New York 10174
Ph: (212) 581-1001                       Ph: (212) 541-2402
jhl@jeffreylichtman.com                  https://lundinpllc.com/

Dated: 12/12/22                          Dated: 12/9/22